**DENIED and Opinion Filed August 26, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00797-CV**

## IN RE GEARBOX SOFTWARE, LLC AND RANDALL PITCHFORD, II, Relators

**Original proceeding from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-19179**

## MEMORANDUM OPINION

Before Justices Bridges, Carlyle, and Osborne
Opinion by Justice Carlyle

Before the Court is relators' petition for writ of mandamus in which they contend the trial court abused its discretion by overruling numerous objections to requests for production of documents and compelling production of certain documents. Entitlement to mandamus relief requires relators to show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and the mandamus record, we conclude relators have not shown they are entitled to the relief requested.

Accordingly, we deny relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

190797F.P05